**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Harold F Klump　　　　　　　　　　　　　CHAPTER 13
　　　　　Sherry L Klump
　　　　　　　　Debtor(s)　　　　　　　　　　　BKY. NO. 22-11026 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Michael Farrington*
　　　　　　　　　　　　　　　　　　Michael Farrington
　　　　　　　　　　　　　　　　　　15 Nov 2023, 09:50:23, EST

　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　(215) 627-1322