| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 22-11026-PMM

Harold F Klump
Sherry L Klump
1786 Blush Dr
Easton  PA    18045

Petition Filed Date: 04/21/2022
341 Hearing Date: 06/07/2022
Confirmation Date: 09/01/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2023 | $238.00 | | 09/25/2023 | $238.00 | | 10/23/2023 | $238.00 | |
| 11/27/2023 | $238.00 | | 12/27/2023 | $238.00 | | 01/23/2024 | $238.00 | |
| 02/26/2024 | $238.00 | | 03/25/2024 | $238.00 | | 04/23/2024 | $238.00 | |
| 05/24/2024 | $238.00 | | 06/25/2024 | $238.00 | | 07/23/2024 | $238.00 | |

**Total Receipts for the Period: $2,856.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,624.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $4,300.00 | $4,300.00 | $0.00 |
| 1 | CHASE BANK USA NA »» 001 | Unsecured Creditors | $1,653.30 | $17.95 | $1,635.35 |
| 2 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $4,406.55 | $47.85 | $4,358.70 |
| 3 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $2,425.22 | $17.64 | $2,407.58 |
| 4 | WELLS FARGO BANK NEVADA NA »» 004 | Unsecured Creditors | $11,266.70 | $142.46 | $11,124.24 |
| 5 | FREEDOM MORTGAGE CORPORATION »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | BANK OF AMERICA NA »» 006 | Unsecured Creditors | $5,466.25 | $59.31 | $5,406.94 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $6,250.24 | $67.86 | $6,182.38 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $7,957.12 | $100.60 | $7,856.52 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $5,735.25 | $62.25 | $5,673.00 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $2,256.39 | $16.42 | $2,239.97 |
| 11 | TD RETAIL CREDIT SERVICES »» 011 | Unsecured Creditors | $4,008.00 | $43.48 | $3,964.52 |
| 12 | TD RETAIL CREDIT SERVICES »» 012 | Unsecured Creditors | $2,730.68 | $19.88 | $2,710.80 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $14,147.35 | $178.88 | $13,968.47 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $973.06 | $0.00 | $973.06 |

| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $4,988.11 | $54.16 | $4,933.95 |
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $7,483.25 | $81.22 | $7,402.03 |
| 17 | CITIBANK NA<br>»» 017 | Unsecured Creditors | $5,081.16 | $55.15 | $5,026.01 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 018 | Unsecured Creditors | $315.66 | $0.00 | $315.66 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $10,360.39 | $131.00 | $10,229.39 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $17,998.40 | $227.58 | $17,770.82 |
| 21 | GREENSKY LLC<br>»» 021 | Unsecured Creditors | $4,176.06 | $37.84 | $4,138.22 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,624.00 | Current Monthly Payment: | $238.00 |
| Paid to Claims: | $5,661.53 | Arrearages: | $0.00 |
| Paid to Trustee: | $596.56 | Total Plan Base: | $14,240.00 |
| Funds on Hand: | $365.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.