| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-11026-PMM

| | |
|---|---|
| Harold F Klump | Petition Filed Date: 04/21/2022 |
| Sherry L Klump | 341 Hearing Date: 06/07/2022 |
| 1786 Blush Dr | Confirmation Date: 09/01/2022 |
| Easton  PA    18045 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2024 | $238.00 | | 09/23/2024 | $238.00 | | 10/23/2024 | $238.00 | |
| 11/25/2024 | $238.00 | | 12/26/2024 | $238.00 | | 01/24/2025 | $238.00 | |
| 02/25/2025 | $238.00 | | 03/24/2025 | $238.00 | | 04/23/2025 | $238.00 | |
| 05/23/2025 | $238.00 | | 06/24/2025 | $238.00 | | 07/23/2025 | $238.00 | |

**Total Receipts for the Period:  $2,856.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,480.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $4,300.00 | $4,300.00 | $0.00 |
| 1 | CHASE BANK USA NA <br> »»  001 | Unsecured Creditors | $1,653.30 | $50.99 | $1,602.31 |
| 2 | CHASE BANK USA NA <br> »»  002 | Unsecured Creditors | $4,406.55 | $144.23 | $4,262.32 |
| 3 | CAPITAL ONE BANK (USA) NA <br> »»  003 | Unsecured Creditors | $2,425.22 | $70.24 | $2,354.98 |
| 4 | WELLS FARGO BANK NEVADA NA <br> »»  004 | Unsecured Creditors | $11,266.70 | $389.82 | $10,876.88 |
| 5 | FREEDOM MORTGAGE CORPORATION <br> »»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | BANK OF AMERICA NA <br> »»  006 | Unsecured Creditors | $5,466.25 | $178.80 | $5,287.45 |
| 7 | LVNV FUNDING LLC <br> »»  007 | Unsecured Creditors | $6,250.24 | $204.54 | $6,045.70 |
| 8 | LVNV FUNDING LLC <br> »»  008 | Unsecured Creditors | $7,957.12 | $275.28 | $7,681.84 |
| 9 | LVNV FUNDING LLC <br> »»  009 | Unsecured Creditors | $5,735.25 | $187.67 | $5,547.58 |
| 10 | LVNV FUNDING LLC <br> »»  010 | Unsecured Creditors | $2,256.39 | $65.34 | $2,191.05 |
| 11 | TD RETAIL CREDIT SERVICES <br> »»  011 | Unsecured Creditors | $4,008.00 | $138.61 | $3,869.39 |
| 12 | TD RETAIL CREDIT SERVICES <br> »»  012 | Unsecured Creditors | $2,730.68 | $94.49 | $2,636.19 |
| 13 | LVNV FUNDING LLC <br> »»  013 | Unsecured Creditors | $14,147.35 | $489.48 | $13,657.87 |
| 14 | LVNV FUNDING LLC <br> »»  014 | Unsecured Creditors | $973.06 | $31.82 | $941.24 |

| | | | | | |
|---|---|---|---|---|---:|
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $4,988.11 | $163.24 | $4,824.87 |
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $7,483.25 | $244.82 | $7,238.43 |
| 17 | CITIBANK NA<br>»» 017 | Unsecured Creditors | $5,081.16 | $166.28 | $4,914.88 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 018 | Unsecured Creditors | $315.66 | $0.00 | $315.66 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $10,360.39 | $358.46 | $10,001.93 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $17,998.40 | $622.74 | $17,375.66 |
| 21 | GREENSKY LLC<br>»» 021 | Unsecured Creditors | $4,176.06 | $136.64 | $4,039.42 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $9,480.00 | Current Monthly Payment: | $238.00 |
| Paid to Claims: | $8,313.49 | Arrearages: | $0.00 |
| Paid to Trustee: | $814.33 | Total Plan Base: | $14,240.00 |
| Funds on Hand: | $352.18 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.