Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Harold F Klump
Sherry L Klump
1786 Blush Dr
Easton, PA 18045

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 22-11026-PMM**

Petition Filed Date: 04/21/2022
341 Hearing Date: 06/07/2022
Confirmation Date: 09/01/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2025 | $238.00 | | 09/23/2025 | $238.00 | | 10/23/2025 | $238.00 | |
| 11/24/2025 | $238.00 | | 12/23/2025 | $238.00 | | 01/26/2026 | $238.00 | |
| 02/24/2026 | $238.00 | | 03/23/2026 | $238.00 | | 04/27/2026 | $238.00 | |
| 05/26/2026 | $238.00 | | 06/24/2026 | $238.00 | | 07/23/2026 | $238.00 | |

**Total Receipts for the Period: $2,856.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $12,336.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $4,300.00 | $4,300.00 | $0.00 |
| 1 | JP MORGAN CHASE BANK NA<br>»» 001 | Unsecured Creditors | $1,653.30 | $81.61 | $1,571.69 |
| 2 | JP MORGAN CHASE BANK NA<br>»» 002 | Unsecured Creditors | $4,406.55 | $241.88 | $4,164.67 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $2,425.22 | $124.19 | $2,301.03 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $11,266.70 | $638.96 | $10,627.74 |
| 5 | FREEDOM MORTGAGE CORPORATION<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $5,466.25 | $299.89 | $5,166.36 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $6,250.24 | $343.02 | $5,907.22 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $7,957.12 | $436.63 | $7,520.49 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $5,735.25 | $314.78 | $5,420.47 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $2,256.39 | $115.52 | $2,140.87 |
| 11 | TD RETAIL CREDIT SERVICES<br>»» 011 | Unsecured Creditors | $4,008.00 | $227.27 | $3,780.73 |
| 12 | TD RETAIL CREDIT SERVICES<br>»» 012 | Unsecured Creditors | $2,730.68 | $154.85 | $2,575.83 |

**Chapter 13 Case No. 22-11026-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $14,147.35 | $802.33 | $13,345.02 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $973.06 | $48.04 | $925.02 |
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $4,988.11 | $273.76 | $4,714.35 |
| 16 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 016 | Unsecured Creditors | $7,483.25 | $410.62 | $7,072.63 |
| 17 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 017 | Unsecured Creditors | $5,081.16 | $278.90 | $4,802.26 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 018 | Unsecured Creditors | $315.66 | $15.56 | $300.10 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $10,360.39 | $587.57 | $9,772.82 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $17,998.40 | $1,020.75 | $16,977.65 |
| 21 | GREENSKY INC #3877<br>»» 021 | Unsecured Creditors | $4,176.06 | $229.17 | $3,946.89 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,336.00 | Current Monthly Payment: | $238.00 |
| Paid to Claims: | $10,945.30 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,029.05 | Total Plan Base: | $14,240.00 |
| Funds on Hand: | $361.65 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.